Ian Ross, WY No. 8-7571
Iris Halpern, CO No. 53112*
Stephanie Wise, CO No. 60626*
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street
Denver, CO 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401
ir@rmlawyers.com
ih@rmlawyers.com
sw@rmlawyers.com
*Attorneys for Plaintiff*

* *Admission Pro Hac Vice Pending*

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | | |
|---|---|---|
| Plaintiff,<br><br>KURTIS STEFANICK, an individual,<br>v.<br><br>Defendants,<br><br>UINTA COUNTY SCHOOL DISTRICT NUMBER ONE;<br>RYAN THOMAS, in his individual capacity. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-00330 |

---

**MOTION FOR ADMISSION OF COUNSEL TO APPEAR *PRO HAC VICE***

---

**COMES NOW**, Ian Ross, a duly licensed attorney in the State of Wyoming, member in good standing of the Bar in the State of Wyoming and the Bar of this Court, and hereby moves this honorable Court to allow the admission *pro hac vice* of attorney Stephanie Wise of the law firm of RATHOD | MOHAMEDBHAI LLC, 2701 Lawrence Street, Denver, Colorado 80205, telephone (303) 578-4400, who represents Plaintiff in the matter of his Complaint before this Court.

Undersigned counsel vouches for the good moral character and veracity of Stephanie Wise. In addition, undersigned counsel will be fully prepared to represent Plaintiff at any time, in any capacity in this matter.

In compliance with U.S. District Court of Wyoming Local Rule 84.2(b), Applicant Stephanie Wise has attached an Affidavit in support of this Motion hereto as **Exhibit 1**.

WHEREFORE, undersigned counsel respectfully requests that this Court admit Stephanie Wise *pro hac vice* in this matter for the reasons set forth above and in the attached Affidavit.

DATED this 29th day of October, 2026

Attorney for Plaintiff:

*/s/ Ian Ross*
Ian Ross, WY No. 8-7571
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street
Denver, CO 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401
ir@rmlawyers.com