FILED

UNITED STATES DISTRICT COURT DISTRICT OF WYOMING

1:55 pm, 10/29/26

Margaret Botkins
Clerk of Court

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| KURTIS STEFANICK, an individual, | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| vs. | ) | Civil Action No. 26-CV-330-SWS |
| | ) | |
| UINTA COUNTY SCHOOL DISTRICT ONE, | ) | |
| And RYAN THOMAS, in his individual capacity. | ) | |
| | ) | |
| Defendants. | ) | |

---

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF STEPHANIE WISE AND IRIS HALPERN AS COUNSEL FOR PLAINTIFF KURTIS STEFANICK

---

**THIS MATTER** having come before the Court upon the motions of counsel for the Plaintiff, Kurtis Stefanick, pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming for the purpose of admitting Stephanie Wise and Iris Halpern as Pro Hac Vice counsel in the District of Wyoming. The Court reviewed this matter and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that Stephanie Wise and Iris Halpern are hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that Local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**IT IS FURTHER ORDERED** that within three (3) business days, Pro Hac Counsel shall obtain E-filing access via PACER and file a Notice of Attorney Appearance – (Pro Hac Vice).

**DATED** this 29 day of October, 2026.

Scott P. Klosterman

SCOTT P. KLOSTERMAN
UNITED STATES MAGISTRATE JUDGE