UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| Plaintiff, | ) |
| KURTIS STEFANICK, an individual, | ) |
| v. | ) Case No. 1:26-cv-00330-sws |
| Defendants, | ) |
| UINTA COUNTY SCHOOL DISTRICT NUMBER ONE; | ) |
| RYAN THOMAS, in his individual capacity. | ) |

**NOTICE OF ATTORNEY APPEARANCE – (PRO HAC VICE)**

To the clerk of court and all parties of record:

I, Stephanie Wise, am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Kurtis Stefanick.

Date: October 29, 2026

*/s/ Stephanie Wise*
Stephanie Wise, CO No. 60626
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street
Denver, CO 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401
sw@rmlawyers.com
*Attorney for Plaintiff*