UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| Plaintiff,<br><br>KURTIS STEFANICK, an individual,<br>v.<br><br>Defendants,<br><br>UINTA COUNTY SCHOOL DISTRICT NUMBER ONE;<br>RYAN THOMAS, in his individual capacity. | Case No. 1:26-cv-00330 |

**NOTICE OF ENTRY OF APPEARANCE PRO HAC VICE**

To the clerk of court and all parties of record:

I, Iris Halpern, am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Kurtis Stefanick.

Date: 11/03/2026

*/s/ Iris Halpern*
Iris Halpern, CO No. 53112
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street
Denver, CO 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401
ih@rmlawyers.com
*Attorney for Plaintiff*